**ORDERED.**

**Dated: July 27, 2009**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
P.A.

**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-11349/0199452715

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ricardo Thomas Borbolla and Gayle Frances Borbolla<br>            Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br><br>            Movant,<br>      vs.<br><br>Ricardo Thomas Borbolla and Gayle Frances Borbolla, Debtors; Edward J. Maney, Trustee.<br><br>            Respondents. | No. 2:07-bk-03442-EWH<br><br>Chapter 13<br><br>(Related to Docket # 30)<br><br>ORDER REGARDING STIPULATION ON MOTION FOR RELIEF<br><br>RE:  Real Property Located at:<br><br>771 East Eagle Lane<br>Gilbert AZ 85296 |

        IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned,

that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a),

are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded

November 13, 2005, at Recorders No.20051527658 , in the records of the Maricopa County,

Arizona Recorder's Office, wherein Ricardo Thomas Borbolla and Gayle Frances Borbolla, are designated as trustors and Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 4, SETTLERS CROSSING, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 497 of Maps, page 17.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 5 Monthly Payments at $1,777.09 (March 1, 2009- July 1, 2009) | $ 8,885.45 |
| Accrued Late Charges | $    539.98 |
| Motion for Relief filing fee | $    150.00 |
| Attorney Fees Due | $    450.00 |
| Less Post petition suspense | ($1,001.39) |
| Total amount due | $   9,024.04 |

1. The total arrearage listed above shall be paid by the Chapter 13 Trustee consistent with the terms of an Amended Chapter 13 Plan to be filed by the Debtors within five (5) business days from the date of Court Order approval of this Stipulation.  Movant will file a Supplemental Proof of Claim for the total amount due list above.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for  August 1, 2009 in the amount of $1,777.09, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that the terms of Plan of Reorganization proposed for confirmation shall be consistent herewith.  Any inconsistency herewith, or the inability of the Debtors to have a Plan confirmed for any reason, shall constitute an event of default by Debtors, and no further notice is required.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:07-bk-03442-EWH is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that this Order terminates upon Debtor curing the post petition default described herein.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____, 2009.


_____
UNITED STATES BANKRUPTCY JUDGE