# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RICARDO THOMAS & GAYLE FRANCES BORBOLLA |
| **Case Number:** | 2:07-BK-03442-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 07, 2010 01:30 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 771 EAST EAGLE LANE, GILBERT, AZ 85296 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR WELLS FARGO HOMEMORTGAGE A DIVISION OF WELLS FARGO BANK NA .

**R / M #:**   30 / 0

**VACATED:**   Stipulation lifting stay signed by EWH on 7/27/09.

## Appearances:

NONE

## Proceedings:

VACATED: Stipulation lifting stay signed by EWH on 7/27/09.